UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Delaware Corporation<br><br>        Defendant. | **Case No. 1:06-CV-00572-OWW-SMS**<br><br>**ORDER RE DISMISSAL** |

Having considered the parties Stipulation Regarding Dismissal in the above matter, the case is hereby dismissed with prejudice and all previously set court dates are vacated.

IT IS SO ORDERED.

Dated: 8/14/2007                        /s/ Oliver W. Wanger
                                                    OLIVER W. WANGER, JUDGE OF THE
                                                    UNITED STATES DISTRICT COURT

- 1 -

ORDER RE DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com